# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-00358-01-CR-W-DGK |
| ) | |
| CHRIS D. PAGE, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM OF MATTERS DISCUSSED AND
### ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On July 17, 2019, the Grand Jury returned a three-count Superseding Indictment charging Defendant Chris D. Page, with three counts of being a felon in possession of a firearm and ammunition.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government:  Sean T. Foley and Gregg Coonrod
    Case Agent:  Frank Rorabaugh
    Defense: Patrick James O'Connor

**OUTSTANDING MOTIONS**:  No pending motions.

**TRIAL WITNESSES**:
    Government:  2-3 with stipulations;  5 without stipulations
    Defendants:   less than 5 witness, including the Defendant

**TRIAL EXHIBITS**
    Government:  approximately 45 exhibits
    Defendant: less than 15 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; (X) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2 days total**
    Government's case including jury selection: 1 to 1½ days
    Defense case: ½ day

**STIPULATIONS**: Possible stipulations as to interstate nexus, felony status stipulation, admission of exhibits, and chain of custody.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

    **Witness and Exhibit List** (per the Scheduling and Trial Order, all Witness and Exhibit Lists were due thirty days prior to trial)

        Government: Proposed Exhibit List and Proposed Witness List filed August 22, 2019. **Updated Lists due on or before September 10, 2019.**

        Defense: (none filed) **Due on or before September 10, 2019.**

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Due by noon, Wednesday, September 18, 2019.**

    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before September 18, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for September 23, 2019.

    **Please note:** Government requests the first week, to which Defendant does not object. However, either week will work for both parties.

    **IT IS SO ORDERED.**

                                      */s/ Lajuana M. Counts*
                                      Lajuana M. Counts
                                      United States Magistrate Judge